UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-cv-20238-MGC

WINDY LUCIUS,

    Plaintiff,

v.

CARTER'S, INC.,

    Defendant.
_____/

**NOTICE OF SETTLEMENT**

    Plaintiff Windy Lucius ("Plaintiff") respectfully submits this Notice of Settlement, and informs the Court as follows:

    1.    Plaintiff has reached an agreement with Defendant Carter's, Inc. ("Defendant") to resolve the claims against it.

    2.    The parties are in the process of finalizing a confidential settlement agreement and will be filing a Notice of Dismissal with the Court shortly.

Dated: February 28, 2020

                              Respectfully submitted,

                              */s/ J. Courtney Cunningham*
                              J. Courtney Cunningham, Esq.
                              J. COURTNEY CUNNINGHAM, PLLC
                              FBN: 628166
                              8950 SW 74th Court, Suite 2201
                              Miami, FL 33156
                              T:  305-351-2014
                              cc@cunninghampllc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 28, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

                                        */s/ J. Courtney Cunningham*
                                        J. Courtney Cunningham, Esq.