UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-cv-20238-MGC

WINDY LUCIUS,

    Plaintiff,

v.

CARTER'S, INC.,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, WINDY LUCIUS, and Defendant, CARTER'S, INC., having entered into a confidential settlement and release agreement, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: May 22, 2020

| | |
|---|---|
| */s/ J. Courtney Cunningham* | */s/ Kevin M. Young* |
| J. Courtney Cunningham, Esq. | Kevin M. Young, Esq. |
| J. COURTNEY CUNNINGHAM, PLLC | SEYFARTH SHAW LLP |
| FBN: 628166 | FBN: 114151 |
| 8950 SW 74th Court, Suite 2201 | 1075 Peachtree Street, N.E., Suite 2500 |
| Miami, Florida 33156 | Atlanta, GA 30328 |
| T: 305-351-2014 | T: 404-885-6697 |
| cc@cunninghampllc.com | kyoung@seyfarth.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

2

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on May 22, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

              */s/ J. Courtney Cunningham*
              J. Courtney Cunningham, Esq.